FILED

2012 APR 17 AM 11: 15

U.S. MAGISTRATE JUDGE

BY_____

DANIEL G. BOGDEN
United States Attorney
PATRICK WALSH
Assistant United States Attorney
333 Las Vegas Blvd., Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6698

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   12-mj-00208-PAL |
| PLAINTIFF, | COMPLAINT |
| v. | COUNT 1: Title 18, United States Code, Section 111(a): Assaulting, Resisting, or Impeding Certain Officers or Employees. |
| MICHAEL J. SOBESKY, a/k/a JOHN DOE, Clark County Detention Center Inmate Number "2853424." | |
| | COUNT 2: Title 18, United States Code, Section 111(a): Assaulting, Resisting, or Impeding Certain Officers or Employees |
| DEFENDANT. | |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being first duly sworn, deposes and says:

COUNT ONE

(Assaulting, Resisting, or Impeding Certain Officers or Employees.)

On April 4, 2012, in the State and Federal District of Nevada, MICHAEL J. SOBESKY, a/k/a JOHN DOE, Clark County Detention Center inmate number "2853424," the defendant, did forciblty assault, resist, oppose, impede, intimidate or interfere with a person designated in Title 18, United States Code, Section 1114, while engaged in or on account of their official duties, all in violation of Title 18, United States Code, Section 111.

COUNT TWO

(Assaulting, Resisting, or Impeding Certain Officers or Employees.)

On April 4, 2012, in the State and Federal District of Nevada, MICHAEL J. SOBESKY, a/k/a JOHN DOE, Clark County Detention Center inmate number "2853424," the

1  defendant, did forcibly assault, resist, oppose, impede, intimidate or interfere with a person designated
2  in Title 18, United States Code, Section 1114, while engaged in or on account of their official duties,
3  all in violation of Title 18, United States Code, Section 111.

4  Complainant, Christopher McPeak, as a Special Agent with the Federal Bureau of
5  Investigation (FBI), states the following as and for probable cause;

6  1. Your Complainant is a Special Agent with the Federal Bureau of Investigation
7  (FBI) currently assigned to the Las Vegas, Nevada Division and has been so employed for three (3)
8  years. Prior to this he was employed for over five years as a Deputy Sheriff and Detective with the
9  Orange County, Florida Sheriff's Office. As an FBI Agent, your affiant is assigned to the FBI's Las
10 Vegas Safe Streets Task Force and is responsible for investigating a variety of violent crimes, to
11 include bank robbery, kidnaping, extortion, robbery, car-jackings, assaults and murders of Federal
12 Officers, racketeering related violent offenses, and violations of the Controlled Substances Act (CSA)
13 of the United States. Your affiant has experience in conducting criminal investigations, including the
14 investigation of criminal groups and conspiracies as well as the collection of evidence and the
15 identification and use of witnesses.

16 2. The following information contained within this criminal complaint is based
17 upon my own participation in this investigation or was provided to me by other law enforcement
18 personnel. This criminal complaint does not contain all the facts known to your affiant regarding this
19 investigation. It contains only those facts which are necessary to establish probable cause in this
20 criminal complaint. All times are approximate.

21 3. On April 4, 2012, victim K.D., a Transportation Security Officer (TSO), with
22 the Transportation Security Administration (TSA) was engaged in her official duties as a US
23 Government employee manning the security screening checkpoint at the area known as the "old
24 C-gates" at McCarran International Airport (LAS), Las Vegas, Clark County, Nevada. In addition to
25 the several other TSOs in the area, victim C.F. was working in the screening area as part of her
26 assigned duties as an employee of the US Government.

4. At approximately 8:45 am, a man, later identified as MICHAEL J. SOBESKY, JOHN DOE, Clark County Detention Center inmate number "2853424," entered the "old -C-gates" screening area and bypassed the TSO manning the identification/travel document inspection station. This man was then observed to begin running towards the part of the screening area which houses the X-ray machines and Magnetometers (metal detectors). In response the TSO working at the identification/travel document inspection station activated a security breach alarm to alert the other TSOs in the screening area.

5. In response, TSO K.D. positioned herself to block the entry/exit to the Magnetometer nearest her. SOBESKY continued to run directly towards K.D., eventually striking her and sending her reeling backwards, where she struck her head on the hard flooring surface of the screening area. SOBESKY continued to run past K.D. and further into the screening area.

6. Victim C.F., having observed TSO K.D. knocked to the ground, also made an attempt to stop SOBESKY, by standing in his path and motioning for him to "stop" with her hands. SOBESKY pushed C.F. out of the way as he continued to run through the screening area. C.F. also fell backwards, but her fall was partially arrested by a male passenger who was standing nearby.

7. SOBESKY continued running, having now penetrated all the way through the security screening area, before he was tackled and subdued by another male passenger who had been standing nearby in the screening area. This man, along with the male passenger who had assisted C.F., restrained SOBESKY for a short time until other TSOs and security personnel arrived.

8. SOBESKY was later taken into custody, by officers of the Las Vegas Metropolitan Police Department (LVMPD). SOBESKY refused to identify himself to the officers and he was initially booked in to the Clark County Detention Center as "John Doe." Follow-up investigation led to his identity being confirmed as MICHAEL J. SOBESKY. A search of SOBESKY's person, incident to his arrest, revealed that he did not possess any identification or travel documents.

. . .

9. Based on my training and experience, I believe that there is probable cause to believe that MICHAEL J. SOBESKY, a/k/a JOHN DOE, Clark County Detention Center inmate number "2853424," violated Title 18, United States Code, Section 111(a) to wit: Assaulting, Resisting, or Impeding Certain Officers or Employees.

_____
CHRISTOPHER McPEAK, Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me
this _17th_ day of April, 2012

_____
UNITED STATES MAGISTRATE JUDGE