

# U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

---

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
**(919) 575-3900**

October 2, 2013

The Honorable Andrew P. Gordon
District of Nevada
333 S. Las Vegas Blvd.
Las Vegas, Nevada 89101

RE:   SOBESKY, Michael
      Register Number:   46947-048
      Docket Number:     2:12-cr-0164 APG-VCF

Dear Judge Gordon:

The above-referenced individual was admitted to the Mental Health Unit of this facility on September 17, 2013 pursuant to the provisions of Title 18, United States Code, Section 4243(a).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Sobesky, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival to our facility plus a 30 day extension. If this request is granted, the evaluation period will end on November 30, 2013. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact our Chief Psychiatrist, Dr. Jean Zula at (919) 575-3900 extension 5475.

Respectfully,

Craig Apker, Complex Warden
FCC Butner

CA/dsm

**GRANTED**/DENIED (Circle One)

Signature: _____    DATE: 11/19/13
           District Judge Andrew P. Gordon

cc:   Patrick M. Walsh, Assistant United States Attorney
      William C. Carrico, Defense Attorney