# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-00164-APG-VCF |
| Plaintiff, | |
| vs. | **ORDER COMMITTING DEFENDANT TO CUSTODY OF THE ATTORNEY GENERAL** |
| MICHAEL SOBESKY, | |
| Defendants. | |

    Pursuant to 18 U.S.C. § 4243(c), the Court held a hearing regarding Defendant Michael Sobesky's mental condition. Mr. Sobesky has failed to prove by clear and convincing evidence that "his release would not create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect." 18 U.S.C. § 4243(d). Accordingly,

    IT IS HEREBY ORDERED THAT Mr. Sobesky is committed to the custody of the Attorney General. 18 U.S.C. § 4243(e). The Court strongly urges that the facility to which Mr. Sobesky is sent for treatment review the recommendations of Dr. Roitman (who testified at the hearing), to determine whether those recommendations can form the basis for a conditional release under 18 U.S.C. § 4243(e)(2) or (f)(2).

    IT IS FURTHER ORDERED THAT the Attorney General shall file a status report regarding Mr. Sobesky within 60 days of entry of this Order.

    Dated this 3rd day of April, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1