UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:12-cr-00164-APG-VCF |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING MOTION TO TERMINATE CONDITIONAL RELEASE** |
| MICHAEL SOBESKY, ) | |
| Defendant. ) | (ECF No. 126) |

Defendant Michael Sobesky moves for termination of his release conditions. ECF No. 126. The Government does not oppose.

I am authorized to modify or eliminate conditions of release. 18 U.S.C. § 4243(f)(2).[1] By all accounts, Mr. Sobesky is doing well and is stable. He has maintained his medication regimen and appears able to care for himself financially. I applaud Mr. Sobesky on his progress and wish him success going forward. I see no further need to continue him on conditional release.

I THEREFORE ORDER that defendant Michael Sobesky's motion to terminate conditional release **(ECF No. 126) is GRANTED.** Mr. Sobesky is immediately released from all conditions of supervision.

Dated this 8th day of December, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Although not required, I also have considered the nine factors set forth in The Judicial Conference on Criminal Law's Monograph 109, *Supervision of Federal Offenders* § 380.10.